U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2019 SEP 24 P 1: 29
STEPHEN C. DRIES
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LATOYA N. JOSEPH,

    Defendant.

Case No. _____
[26 U.S.C. § 7201]

**19-CR-168**

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

**Allegations Common to all Counts**

1. At all times relevant to this indictment:

    a. Latoya N. Joseph ("Joseph") was married and resided in Milwaukee, Wisconsin, which is in the Eastern District of Wisconsin.

    b. Joseph was the owner and operator of Jannah Home Health Care, LLC ("Jannah"), which was a home health business providing personal care services primarily to Medicaid recipients in the Milwaukee area.

2. During the years 2013 through 2015, Joseph received more than $1.8 million from Jannah in various ways, including payments Jannah made directly to Joseph, cash withdrawals Joseph made from Jannah's bank accounts, and payments Jannah made to third parties on Joseph's behalf.

3. Despite receiving substantial income from Jannah during the years 2013 through 2015, Joseph failed to file timely federal income tax returns for herself and to pay the associated federal income taxes owed to the United States for these years.

4. Joseph also failed to file federal income tax returns on behalf of Jannah for the years 2013 through 2015.

5. Joseph willfully attempted to evade and defeat the assessment and payment of the federal income taxes she owed to the United States for the years 2013 through 2015 by concealing and attempting to conceal from all proper officers of the United States her true and correct income, and by the following acts, among others:

    a. Joseph withdrew money from Jannah's bank account in the form of cash.

    b. Joseph paid personal expenses, including purchasing jewelry, automobiles, and her residence, using Jannah's bank account.

## COUNT ONE

**THE GRAND JURY FURTHER CHARGES THAT**:

During the calendar year 2013, in the State and Eastern District of Wisconsin and elsewhere,

**LATOYA N. JOSEPH**

had and received taxable income in the approximate amount of $287,359, upon which there was owing to the United States of America income taxes, in the approximate amount of $87,617. Knowing and believing the foregoing facts, Joseph did willfully attempt to evade and defeat the income tax due and owing by her to the United States of America for the year 2013 by failing to file with the Internal Revenue Service a federal income tax return for 2013 on or before April 15, 2014, as required by law; by failing to pay said income taxes to the Internal Revenue Service; and by committing the affirmative acts described above in paragraph 5 of this indictment, among others.

In violation of Title 26, United States Code, Section 7201.

## COUNTS TWO and THREE

THE GRAND JURY FURTHER CHARGES THAT:

For the calendar years 2014 and 2015, in the State and Eastern District of Wisconsin and elsewhere,

### LATOYA N. JOSEPH

had and received taxable income in the approximate amounts indicated below, upon which there was owing to the United States of America income taxes in the amounts indicated. Knowing and believing the foregoing facts, Joseph did willfully attempt to evade and defeat the income tax due and owing by her to the United States of America for the calendar years 2014 and 2015 by failing to file with the Internal Revenue Service a federal income tax return for these years, which was due on or before the dates indicated, as required by law; by failing to pay said income taxes to the Internal Revenue Service, by the affirmative acts described above in paragraph 5 of this indictment; and by the following additional acts, among others:

    a. On or about October 24, 2014, Joseph reduced the amount of taxes withheld from the wages she received from Jannah by increasing her claimed withholding allowances to 10.

    b. On or about November 7, 2014, Joseph eliminated the withholding of taxes from the wages she received from Jannah by claiming that she was exempt from withholding.

| Count | Tax year | Taxable Income | Income Taxes Due | Tax Return Due Date |
|---|---|---|---|---|
| Two | 2014 | $943,163 | $336,225 | April 15, 2015 |

4

| Count | Tax year | Taxable Income | Income Taxes Due | Tax Return Due Date |
|-------|----------|----------------|------------------|---------------------|
| Three | 2015 | $620,714 | $218,761 | April 15, 2016 |

Each in violation of Title 26, United States Code, Section 7201.

**A TRUE BILL:**

███████████████

Foreperson

Sept. 24th, 2019
Date

*[signature]*

MATTHEW D. KRUEGER
United States Attorney

5

Case 2:19-cr-00168-JPS   Filed 09/24/19   Page 5 of 5   Document 1